IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01372-BNB

BYRON GAY,

    Plaintiff,

v.

DANNY ROJAS,
KRIS KRONCKE, et al.,
JOHN DOES 1 THROUGH 5 (Police Officers), and
OTHERS TO BE NAMED LATER,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 6 2010

GREGORY C. LANGHAM
                 CLERK

## ORDER OF DISMISSAL

Plaintiff, Byron Gay, was an inmate at the Denver County Jail in Denver, Colorado, when he initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 alleging that his rights under the United States Constitution have been violated. On July 20, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Gay to file an amended Prisoner Complaint that clarifies what claim or claims he may be asserting against Defendant Kroncke and that also includes allegations of personal participation if he wishes to pursue any claims against Defendant Kroncke. Mr. Gay was warned that Defendant Kroncke would be dismissed as a party to this action without further notice if he failed to file an amended Prisoner Complaint within thirty days. On August 12, 2010, Magistrate Judge Boland entered a minute order granting Mr. Gay an extension of time of forty-five days to file amended Prisoner Complaint. On August 19, 2010, the copy of Magistrate Judge Boland's August 12 minute order that was mailed to Mr. Gay at the

Denver County Jail address was returned to the Court undelivered and with the word "RELEASED" written on the returned envelope.

Mr. Gay has failed to file an amended Prisoner Complaint within the time allowed. Although Defendant Kroncke could be dismissed as a party to this action based on Mr. Gay's failure to file an amended Prisoner Complaint as directed, the Court will dismiss the entire action because Mr. Gay also has failed to make any monthly filing fee payments.

On June 23, 2010, Mr. Gay was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to § 1915(b)(1), Mr. Gay was ordered to pay the entire $350.00 filing fee and he was ordered to make monthly installment payments until the $350.00 filing fee was paid in full. On July 16, 2010, Mr. Gay was allowed to proceed without paying an initial partial filing fee and he was reminded of his continuing obligation to make monthly filing fee payments.

Pursuant to § 1915(b)(2), Mr. Gay is required to make "monthly payments of 20 percent of the preceding month's income credited to [his] account" until the filing fee is paid in full. Mr. Gay was instructed either to make the required monthly payments or to show cause each month why he has no assets and no means by which to make a monthly payment. In order to show cause, Mr. Gay was directed to file a current certified copy of his inmate trust fund account statement. Mr. Gay was warned that a failure to comply with the requirements of § 1915(b)(2) could result in the dismissal of this action without further notice. Despite these instructions, Mr. Gay has failed to make any monthly filing fee payments or to show cause why he has no assets and no means by which to make the required monthly filing fee payments. As a result, the entire action

will be dismissed for failure to comply with the filing fee payment requirements of § 1915(b)(2) and the orders directing him to make monthly filing fee payments. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff has failed to comply with the filing fee payment requirements of 28 U.S.C. § 1915(b)(2) and the orders directing him to make monthly filing fee payments.

DATED at Denver, Colorado, this __5th__ day of __October__, 2010.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01372-BNB

Byron Gay
Prisoner No. 57321
DRDC
P.O. Box 392004
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/6/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk