**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01372-ZLW

BYRON GAY,

     Plaintiff,

v.

DANNY ROJAS,
KRIS KRONCKE, et al.,
JOHN DOES 1 THROUGH 5 (Police Officers), and
OTHERS TO BE NAMED LATER,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

     Plaintiff's "Motion to Alter or Amend a Judgment . . ." (Doc. #17) filed on June 13, 2011, is DENIED for the same reasons discussed in the Court's Order Denying Motion to Reconsider (Doc. #16) filed on May 20, 2011.

Dated:  June 14, 2011