**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01372-ZLW

BYRON GAY,

    Plaintiff,

v.

DANNY ROJAS,
KRIS KRONCKE, et al.,
JOHN DOES 1 THROUGH 5 (Police Officers), and
OTHERS TO BE NAMED LATER,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's "Motion to Clarify Filing Fee Payments" (Doc. #21) filed on August 31, 2011, is GRANTED.  By order filed on June 23, 2010, Plaintiff was directed to pay the entire $350.00 filing fee regardless of the outcome of this action and he was directed to make monthly filing fee payments in accordance with 28 U.S.C. § 1915(b)(2) until the entire filing fee is paid.

Dated:  September 2, 2011